UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TRYN PARKER,

        Petitioner,

v.                                                  25-CV-6330-MAV
                                                  ORDER
UNITED STATE OF AMERICA,

        Respondent.
_____

*Pro se* Petitioner, Tryn Parker, is a pre-trial detainee currently confined at the Monroe County Jail. Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241. Docket Item 1.

## DISCUSSION

The filing fee for a petition for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914(a). Whenever a civil detainee submits a petition for a writ of habeas corpus, the prisoner must either (1) pay the filing fee or (2) submit a motion to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a)(1), the *in forma pauperis* motion must include an affidavit or affirmation establishing that the petitioner is unable to pay the fees and costs for the proceedings.[1]

Here, Petitioner did not pay the $5.00 filing fee nor did he submit a motion to proceed *in forma pauperis.*

## CONCLUSION

For the reasons set forth above, the Clerk of Court shall administratively terminate the Petition without prejudice. Petitioner is granted leave to reopen, no later than **30 days**

---

[1] The Court has ordered that a form motion to proceed *in forma pauperis* with supporting affirmation be mailed to the petitioner. The form also is available at http://www.nywd.uscourts.gov/pro-se-forms.

**from the date of this Order**, by either (1) paying the $5.00 filing fee or (2) submitting a motion to proceed *in forma pauperis* that establishes Petitioner's inability to pay fees and costs.[2]

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court shall administratively terminate this action without prejudice without filing the Petition or assessing a filing fee; and it is further

ORDERED that the Clerk of Court shall send to Petitioner a form motion to proceed *in forma pauperis*; and it is further

ORDERED that if Petitioner wishes to reopen this action, by **30 days from the date of this Order**, Petitioner must submit either (1) a motion to proceed *in forma pauperis* that includes an affidavit or affirmation establishing the inability to pay fees and costs or (2) the $5.00 filing fee; and it is further

ORDERED that upon Petitioner's submission of either (1) a motion to proceed *in forma pauperis* or (2) the $5.00 filing fee, the Clerk of Court shall reopen this case.

SO ORDERED.

Dated:   July \_\_1\_\_, 2025
         Rochester New York

_/s/ Meredith Vacca_
MEREDITH A. VACCA
UNITED STATES DISTRICT JUDGE

---

[2] Such an administrative termination is not a "dismissal" for purposes of the statute of limitations, and if the case is reopened following the terms of this order, it is not subject to the statute of limitations time bar if it was originally filed timely. *See Houston v. Lack*, 487 U.S. 266 (1988) (prisoner mailbox rule); *McDowell v. Delaware State Police*, 88 F.3d 188, 191 (3d Cir. 1996); *see also Williams-Guice v. Bd. of Educ.*, 45 F.3d 161, 163 (7th Cir. 1995).